UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | CIVIL ACTION NO: 1:22-cv-00361-NT |
| **Plaintiff** | MOTION TO REFER MATTER TO THE MAINE FORECLOSURE DIVERSION PROGRAM AND STAY |
| vs. | RE:<br>14 Middle Street, Randolph, ME 04346 |
| **Lars E Schultz-Nielsen and Melissa J. Schultz-Nielsen** | Mortgage:<br>September 20, 2001<br>Book 6638, Page 183 |
| **Defendants** | |
| HSBC Mortgage Services<br>Citibank South Dakota, NA<br>Capital One Bank USA NA | |
| **Parties-In-Interest** | |

NOW COMES the Plaintiff in this matter, Federal National Mortgage Association, by and through undersigned counsel, hereby requests that this Honorable Court refer this matter for Mediation in the Maine Foreclosure Diversion Program and Stay this matter in the interim. As grounds therefore, Plaintiff states that Defendant, Melissa J. Schultz-Nielsen, sent a Request for Mediation to our Office. *See* attached Exhibit A, Request for Mediation.

WHEREFORE, bases on the foregoing, Plaintiff is requesting that this Honorable Court refer this matter for Mediation in the Maine Foreclosure Diversion Program and Stay this matter in this Court.

DATED:  January 19, 2023

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 19th day of January, 2023, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Melissa J. Schultz-Nielsen
14 Middle Street
Randolph, ME 04346

Melissa J. Schultz-Nielsen
49 Closson Street
Randolph, ME 04346

Capital One Bank USA NA
1680 Capitol One Drive
McLean, VA 22102

CitiBank South Dakota, NA
701 East 60th Street North
Sioux Falls, SD 57117

Option One Mortgage Corporation
6501 Irvine Center
Irvine, CA 92618

HSBC Mortgage Services, Inc.
2929 Walden Avenue
Depew, NY 14043

Lars E Schultz-Nielsen
49 Closson Street
Randolph, ME 04346

Lars E Schultz-Nielsen
14 Middle Street
Randolph, ME 04346