Processing Options Selected:

1. ████████████████ 5      Loan Number Range
2. 000000 - 120623         Date Range
3. B                       Output Type
4.                         Select State
5.                         Escrow Group Code
6.                         Message Code
7.                         Investor
8. 0000000                 Pool
9. Y                       Select only loans with Transactions
10. N                      Include liquidated loans


EXHIBIT A

```
--------------------------------------------------------------------------------------------------
LOAN#  ██████████     INV# FU5     POOL# 0000001            NEXT DUE  2/01/14   INTEREST RATE  7.375   PRIN.BAL    68107.84
BORR1 MELISSA SCHULTZ NIELSEN   TYPE: 03-00 Conv/Unins                                                  ESC.BAL          .00
BORR2 ADDL INFORMATION                                      INT PD TO  1/01/14   P&I SHORT       .00    CORP ADV     9926.03-
PROP: 14 MIDDLE ST              MAIL: 14 MIDDLE ST
      RANDOLPH    ME 04346            RANDOLPH        ME 043465142
--------------------------------------------------------------------------------------------------

 ---TRANSACTION----                      NEXT -AFTER TRANS.BALANCES-     TOTAL     ----------------APPLIED----------------- MISC.PMTS
 NBR    DATE   CODE -----DESCRIPTION------ DUE    PRINCIPAL    ESCROW   AMOUNT    PRINCIPAL  INTEREST    ESCROW  SUSPENSE/CD

 254 10/12/23 6226 CORP ADV DISB          2/14   68107.84        .00    150.00-       .00       .00        .00    150.00-26
                  PAYEE 61DGRAV #2002131864 DUE 10/12/23
                  S/F BX   REF# 2002131864
 253 10/12/23 6226 CORP ADV DISB          2/14   68107.84        .00    325.00-       .00       .00        .00    325.00-26
                  PAYEE 61DGRAV #2002131864 DUE 10/12/23
                  S/F BX   REF# 2002131864
 252 10/12/23 6226 CORP ADV DISB          2/14   68107.84        .00      7.92-       .00       .00        .00      7.92-26
                  PAYEE 61DGRAV #2002131864 DUE 10/12/23
                  S/F BX   REF# 2002131864
 251  8/29/23 6036 TOWN TAX    DISBURSED  2/14   68107.84        .00    827.81-       .00       .00     827.81-       .00
                  PAYEE 36ME05P #         DUE  8/31/23
                  S/F WR   REF#
 250  8/29/23 1936 TOWN TAX    ADVANCE    2/14   68107.84     827.81    827.81        .00       .00     827.81        .00
                  S/F WR   REF#
 249  8/24/23 6226 CORP ADV DISB          2/14   68107.84        .00    450.00-       .00       .00        .00    450.00-26
                  PAYEE 61DGRAV #2002122590 DUE  8/24/23
                  S/F BX   REF# 2002122590
 248  7/17/23 6226 CORP ADV DISB          2/14   68107.84        .00     50.00-       .00       .00        .00     50.00-26
                  PAYEE 61DGRAV #2002115273 DUE  7/17/23
                  S/F BX   REF# 2002115273
 247  7/17/23 6226 CORP ADV DISB          2/14   68107.84        .00    275.00-       .00       .00        .00    275.00-26
                  PAYEE 61DGRAV #2002115273 DUE  7/17/23
                  S/F BX   REF# 2002115273
 246  7/17/23 6226 CORP ADV DISB          2/14   68107.84        .00     50.00-       .00       .00        .00     50.00-26
                  PAYEE 61DGRAV #2002115273 DUE  7/17/23
                  S/F BX   REF# 2002115273
 245  5/25/23 6050 HAZARD SFR  DISBURSED  2/14   68107.84        .00    791.00-       .00       .00     791.00-       .00
                  PAYEE 5022477  #05252023IN DUE  6/14/23
                  S/F WR   REF# 05252023INS
 244  5/25/23 1950 HAZARD SFR  ADVANCE    2/14   68107.84     791.00    791.00        .00       .00     791.00        .00
                  S/F WR   REF# 05252023INS
 243  4/12/23 6226 CORP ADV DISB          2/14   68107.84        .00    450.00-       .00       .00        .00    450.00-26
                  PAYEE 61DGRAV #2002096783 DUE  4/12/23
                  S/F BX   REF# 2002096783
 242  4/12/23 6226 CORP ADV DISB          2/14   68107.84        .00     50.00-       .00       .00        .00     50.00-26
                  PAYEE 61DGRAV #2002096783 DUE  4/12/23
                  S/F BX   REF# 2002096783
 241  4/12/23 6226 CORP ADV DISB          2/14   68107.84        .00      7.92-       .00       .00        .00      7.92-26
                  PAYEE 61DGRAV #2002096783 DUE  4/12/23
                  S/F BX   REF# 2002096783
 240  3/07/23 6226 CORP ADV DISB          2/14   68107.84        .00    325.00-       .00       .00        .00    325.00-26
                  PAYEE 61DGRAV #2002088993 DUE  3/07/23
                  S/F BX   REF# 2002088993
 239  3/07/23 6226 CORP ADV DISB          2/14   68107.84        .00      7.56-       .00       .00        .00      7.56-26
```

```
 ---TRANSACTION----                     NEXT -AFTER TRANS.BALANCES-       TOTAL  ----------------APPLIED----------------- MISC.PMTS
 NBR    DATE   CODE  -----DESCRIPTION------  DUE   PRINCIPAL    ESCROW   AMOUNT   PRINCIPAL  INTEREST    ESCROW  SUSPENSE/CD

       LOAN#                        CONTINUED
                      PAYEE 61DGRAV #2002088993 DUE  3/07/23
                      S/F BX   REF# 2002088993
  238  3/07/23 6226 CORP ADV DISB          2/14   68107.84       .00     200.00-       .00       .00       .00    200.00-26
                      PAYEE 61DGRAV #2002088993 DUE  3/07/23
                      S/F BX   REF# 2002088993
  237  3/07/23 6226 CORP ADV DISB          2/14   68107.84       .00      29.00-       .00       .00       .00     29.00-26
                      PAYEE 61DGRAV #2002088993 DUE  3/07/23
                      S/F BX   REF# 2002088993
  236  2/17/23 6036 TOWN TAX     DISBURSED 2/14   68107.84       .00     851.85-       .00       .00    851.85-       .00
                      PAYEE 36ME05P #              DUE  2/28/23
                      S/F WR   REF#
  235  2/17/23 1936 TOWN TAX       ADVANCE 2/14   68107.84    851.85     851.85        .00       .00    851.85        .00
                      S/F WR   REF#
  234  1/09/23 6226 CORP ADV DISB          2/14   68107.84       .00     850.00-       .00       .00       .00    850.00-26
                      PAYEE 61DGRAV #2002074926 DUE  1/09/23
                      S/F BX   REF# 2002074926
  233  1/09/23 6226 CORP ADV DISB          2/14   68107.84       .00     180.00-       .00       .00       .00    180.00-26
                      PAYEE 61DGRAV #2002074926 DUE  1/09/23
                      S/F BX   REF# 2002074926
  232 12/30/22 6226 CORP ADV DISB          2/14   68107.84       .00      62.75-       .00       .00       .00     62.75-26
                      PAYEE 61DGRAV #2002073492 DUE 12/30/22
                      S/F BX   REF# 2002073492
  231 12/30/22 6226 CORP ADV DISB          2/14   68107.84       .00     285.00-       .00       .00       .00    285.00-26
                      PAYEE 61DGRAV #2002073492 DUE 12/30/22
                      S/F BX   REF# 2002073492
  230 11/23/22 6226 CORP ADV DISB          2/14   68107.84       .00     940.00-       .00       .00       .00    940.00-26
                      PAYEE 61DGRAV #2002065913 DUE 11/23/22
                      S/F BX   REF# 2002065913
  229 11/23/22 6226 CORP ADV DISB          2/14   68107.84       .00     402.00-       .00       .00       .00    402.00-26
                      PAYEE 61DGRAV #2002065913 DUE 11/23/22
                      S/F BX   REF# 2002065913
  228  9/30/22 6226 CORP ADV DISB          2/14   68107.84       .00     150.00-       .00       .00       .00    150.00-26
                      PAYEE 61DGRAV #2002057181 DUE  9/30/22
                      S/F BX   REF# 2002057181
  227  9/30/22 6226 CORP ADV DISB          2/14   68107.84       .00      42.48-       .00       .00       .00     42.48-26
                      PAYEE 61DGRAV #2002057181 DUE  9/30/22
                      S/F BX   REF# 2002057181
  226  8/30/22 6036 TOWN TAX     DISBURSED 2/14   68107.84       .00     851.85-       .00       .00    851.85-       .00
                      PAYEE 36ME05P #              DUE  8/31/22
                      S/F WR   REF#
  225  8/30/22 1936 TOWN TAX       ADVANCE 2/14   68107.84    851.85     851.85        .00       .00    851.85        .00
                      S/F WR   REF#
  224  5/25/22 6050 HAZARD SFR   DISBURSED 2/14   68107.84       .00     803.00-       .00       .00    803.00-       .00
                      PAYEE 5022477 #05252022IN DUE  6/14/22
                      S/F WR   REF# 05252022INS
  223  5/25/22 1950 HAZARD SFR     ADVANCE 2/14   68107.84    803.00     803.00        .00       .00    803.00        .00
                      S/F WR   REF# 05252022INS
  222  3/29/22 6226 CORP ADV DISB          2/14   68107.84       .00     300.00-       .00       .00       .00    300.00-26
                      PAYEE 61DGRAV #2002033402 DUE  3/29/22
                      S/F BX   REF# 2002033402
  221  3/29/22 6226 CORP ADV DISB          2/14   68107.84       .00      19.82-       .00       .00       .00     19.82-26
```

```
SR497CR-02                                             Mr. Cooper                                              12/06/23 15:29:03
VAIS                                              DETAIL TRANSACTION HISTORY                                   JOB DT: 12/06/23
                                                                                                                   PAGE:     3
 ---TRANSACTION----                      NEXT -AFTER TRANS.BALANCES-      TOTAL    ----------------APPLIED----------------- MISC.PMTS
 NBR    DATE   CODE -----DESCRIPTION------ DUE   PRINCIPAL      ESCROW    AMOUNT   PRINCIPAL  INTEREST    ESCROW  SUSPENSE/CD
```

```
      LOAN#  ████████████         CONTINUED
                   PAYEE 61DGRAV #2002033402 DUE  3/29/22
                   S/F BX   REF# 2002033402
 220  2/23/22 6036 TOWN TAX     DISBURSED  2/14   68107.84         .00     816.56-        .00       .00    816.56-       .00
                   PAYEE 36ME05P #          DUE  2/01/22
                   S/F WR   REF#
 219  2/23/22 1936 TOWN TAX     ADVANCE    2/14   68107.84      816.56     816.56         .00       .00    816.56        .00
                   S/F WR   REF#
 218  8/30/21 6036 TOWN TAX     DISBURSED  2/14   68107.84         .00     816.56-        .00       .00    816.56-       .00
                   PAYEE 36ME05P #          DUE  8/01/21
                   S/F WR   REF#
 217  8/30/21 1936 TOWN TAX     ADVANCE    2/14   68107.84      816.56     816.56         .00       .00    816.56        .00
                   S/F WR   REF#
 216  5/25/21 6050 HAZARD SFR   DISBURSED  2/14   68107.84         .00     834.00-        .00       .00    834.00-       .00
                   PAYEE 5022477 #05252021IN DUE  6/14/21
                   S/F WR   REF# 05252021INS
 215  5/25/21 1950 HAZARD SFR   ADVANCE    2/14   68107.84      834.00     834.00         .00       .00    834.00        .00
                   S/F WR   REF# 05252021INS
 214  2/19/21 6036 TOWN TAX     DISBURSED  2/14   68107.84         .00     802.40-        .00       .00    802.40-       .00
                   PAYEE 36ME05P #          DUE  2/01/21
                   S/F WR   REF#
 213  2/19/21 1936 TOWN TAX     ADVANCE    2/14   68107.84      802.40     802.40         .00       .00    802.40        .00
                   S/F WR   REF#
 212  8/27/20 6036 TOWN TAX     DISBURSED  2/14   68107.84         .00     802.40-        .00       .00    802.40-       .00
                   PAYEE 36ME05P #          DUE  8/01/20
                   S/F WR   REF#
 211  8/27/20 1936 TOWN TAX     ADVANCE    2/14   68107.84      802.40     802.40         .00       .00    802.40        .00
                   S/F WR   REF#
 210  5/27/20 6050 HAZARD SFR   DISBURSED  2/14   68107.84         .00     881.00-        .00       .00    881.00-       .00
                   PAYEE 5022477 #05272020IN DUE  6/14/20
                   S/F WR   REF# 05272020INS
 209  5/27/20 1950 HAZARD SFR   ADVANCE    2/14   68107.84      881.00     881.00         .00       .00    881.00        .00
                   S/F WR   REF# 05272020INS
 208  4/01/20 6226 CORP ADV DISB           2/14   68107.84         .00     175.00-        .00       .00       .00    175.00-26
                   PAYEE 61DGRAV #1001688420 DUE  4/01/20
                   S/F BX   REF# 1001688420
 207  4/01/20 6226 CORP ADV DISB           2/14   68107.84         .00     360.00-        .00       .00       .00    360.00-26
                   PAYEE 61DGRAV #1001688420 DUE  4/01/20
                   S/F BX   REF# 1001688420
 206  4/01/20 6226 CORP ADV DISB           2/14   68107.84         .00       5.00-        .00       .00       .00      5.00-26
                   PAYEE 61DGRAV #1001688420 DUE  4/01/20
                   S/F BX   REF# 1001688420
 205  4/01/20 6226 CORP ADV DISB           2/14   68107.84         .00     325.00-        .00       .00       .00    325.00-26
                   PAYEE 61DGRAV #1001688420 DUE  4/01/20
                   S/F BX   REF# 1001688420
 204  2/24/20 6036 TOWN TAX     DISBURSED  2/14   68107.84         .00     862.96-        .00       .00    862.96-       .00
                   PAYEE 36ME05P #          DUE  3/10/20
                   S/F WR   REF#
 203  2/24/20 1936 TOWN TAX     ADVANCE    2/14   68107.84      862.96     862.96         .00       .00    862.96        .00
                   S/F WR   REF#
 202 10/24/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84         .00      12.00-        .00       .00       .00     12.00-26
                   S/F AD   REF# 0000
```

```
SR497CR-02                              Mr. Cooper                              12/06/23 15:29:03
VAIS                                DETAIL TRANSACTION HISTORY                  JOB DT: 12/06/23
                                                                                    PAGE:      4
 ---TRANSACTION----               NEXT -AFTER TRANS.BALANCES-    TOTAL  ----------------APPLIED----------------- MISC.PMTS
NBR    DATE   CODE -----DESCRIPTION------ DUE   PRINCIPAL   ESCROW     AMOUNT   PRINCIPAL INTEREST   ESCROW SUSPENSE/CD

LOAN#  ██████████           CONTINUED

 201  9/23/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      12.00-       .00      .00      .00    12.00-26
    Effective date:  9/21/19
             S/F AD   REF# 0000
 200  8/23/19 6036 TOWN TAX      DISBURSED 2/14   68107.84       .00     862.96-       .00      .00   862.96-       .00
         PAYEE 36ME05P #            DUE  9/13/19
             S/F WR   REF#
 199  8/23/19 1936 TOWN TAX      ADVANCE   2/14   68107.84    862.96     862.96        .00      .00   862.96        .00
             S/F WR   REF#
 198  8/09/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      12.00-       .00      .00      .00    12.00-26
    Effective date:  8/08/19
             S/F AD   REF# 0000
 197  7/12/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      12.00-       .00      .00      .00    12.00-26
             S/F AD   REF# 0000
 196  6/27/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      14.00-       .00      .00      .00    14.00-26
    Effective date:  6/12/19
             S/F AD   REF# 0000
 195  6/27/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      12.00-       .00      .00      .00    12.00-26
    Effective date:  5/15/19
             S/F AD   REF# 0000
 194  5/28/19 6050 HAZARD SFR    DISBURSED 2/14   68107.84       .00     976.00-       .00      .00   976.00-       .00
         PAYEE 5022477 #05282019IN DUE   6/14/19
             S/F WR   REF# 05282019INS
 193  5/28/19 1950 HAZARD SFR    ADVANCE   2/14   68107.84    976.00     976.00        .00      .00   976.00        .00
             S/F WR   REF# 05282019INS
 192  4/08/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      14.00-       .00      .00      .00    14.00-26
    Effective date:  4/07/19
             S/F AD   REF# 0000
 191  3/07/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      85.00-       .00      .00      .00    85.00-26
    Effective date: 12/11/17
             S/F AD   REF# 0000
 190  3/07/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      85.00-       .00      .00      .00    85.00-26
    Effective date: 12/11/17
             S/F AD   REF# 0000
 189  3/07/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      85.00-       .00      .00      .00    85.00-26
    Effective date: 12/11/17
             S/F AD   REF# 0000
 188  3/07/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      85.00-       .00      .00      .00    85.00-26
    Effective date: 12/11/17
             S/F AD   REF# 0000
 187  3/07/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      85.00-       .00      .00      .00    85.00-26
    Effective date: 12/11/17
             S/F AD   REF# 0000
 186  3/07/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      85.00-       .00      .00      .00    85.00-26
    Effective date:  1/10/18
             S/F AD   REF# 0000
 185  3/07/19 2676 CORP ADV NOCASH ADJ    2/14    68107.84       .00      85.00-       .00      .00      .00    85.00-26
    Effective date:  5/30/18
             S/F AD   REF# 0000
 184  3/07/19 2576 CORP ADV NOCASH ADJ    2/14    68107.84       .00      85.00         .00      .00      .00    85.00 26
    Effective date:  7/26/18
             S/F AD   REF# 0000
```

```
SR497CR-02                                 Mr. Cooper                                12/06/23  15:29:03
VAIS                                 DETAIL TRANSACTION HISTORY                      JOB DT: 12/06/23
                                                                                          PAGE:     5
---TRANSACTION----                  NEXT -AFTER TRANS.BALANCES-   TOTAL    ----------------APPLIED----------------- MISC.PMTS
NBR    DATE   CODE   -----DESCRIPTION------  DUE  PRINCIPAL   ESCROW    AMOUNT   PRINCIPAL  INTEREST  ESCROW SUSPENSE/CD

LOAN# ████████████           CONTINUED

 183  3/07/19 2576 CORP ADV NOCASH ADJ      2/14   68107.84      .00      85.00       .00      .00     .00    85.00 26
       Effective date:  7/26/18
                 S/F AD   REF# 0000
 182  3/07/19 2576 CORP ADV NOCASH ADJ      2/14   68107.84      .00      85.00       .00      .00     .00    85.00 26
       Effective date:  7/26/18
                 S/F AD   REF# 0000
 181  3/07/19 2576 CORP ADV NOCASH ADJ      2/14   68107.84      .00      85.00       .00      .00     .00    85.00 26
       Effective date:  7/26/18
                 S/F AD   REF# 0000
 180  3/07/19 2576 CORP ADV NOCASH ADJ      2/14   68107.84      .00      85.00       .00      .00     .00    85.00 26
       Effective date:  7/26/18
                 S/F AD   REF# 0000
 179  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      85.00-      .00      .00     .00    85.00-26
       Effective date:  8/23/18
                 S/F AD   REF# 0000
 178  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      85.00-      .00      .00     .00    85.00-26
       Effective date:  8/23/18
                 S/F AD   REF# 0000
 177  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      85.00-      .00      .00     .00    85.00-26
       Effective date:  8/23/18
                 S/F AD   REF# 0000
 176  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      85.00-      .00      .00     .00    85.00-26
       Effective date:  8/23/18
                 S/F AD   REF# 0000
 175  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      85.00-      .00      .00     .00    85.00-26
       Effective date: 10/24/18
                 S/F AD   REF# 0000
 174  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      85.00-      .00      .00     .00    85.00-26
       Effective date:  1/29/19
                 S/F AD   REF# 0000
 173  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      15.00-      .00      .00     .00    15.00-26
       Effective date: 12/28/17
                 S/F AD   REF# 0000
 172  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      15.00-      .00      .00     .00    15.00-26
       Effective date:  3/14/18
                 S/F AD   REF# 0000
 171  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      15.00-      .00      .00     .00    15.00-26
       Effective date:  4/13/18
                 S/F AD   REF# 0000
 170  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      15.00-      .00      .00     .00    15.00-26
       Effective date:  5/16/18
                 S/F AD   REF# 0000
 169  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      15.00-      .00      .00     .00    15.00-26
       Effective date:  6/20/18
                 S/F AD   REF# 0000
 168  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      15.00-      .00      .00     .00    15.00-26
       Effective date:  8/21/18
                 S/F AD   REF# 0000
 167  3/07/19 2676 CORP ADV NOCASH ADJ      2/14   68107.84      .00      15.00-      .00      .00     .00    15.00-26
       Effective date:  9/19/18
                 S/F AD   REF# 0000
```

```
---TRANSACTION----                      NEXT -AFTER TRANS.BALANCES-    TOTAL   ----------------APPLIED----------------- MISC.PMTS
NBR    DATE   CODE  -----DESCRIPTION------  DUE   PRINCIPAL    ESCROW   AMOUNT   PRINCIPAL INTEREST  ESCROW SUSPENSE/CD

LOAN#                          CONTINUED

 166  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    15.00-       .00      .00      .00   15.00-26
      Effective date: 10/17/18
               S/F AD   REF# 0000
 165  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    15.00-       .00      .00      .00   15.00-26
      Effective date: 11/21/18
               S/F AD   REF# 0000
 164  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    15.00-       .00      .00      .00   15.00-26
      Effective date: 12/19/18
               S/F AD   REF# 0000
 163  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    15.00-       .00      .00      .00   15.00-26
      Effective date:  1/24/19
               S/F AD   REF# 0000
 162  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    15.00-       .00      .00      .00   15.00-26
      Effective date:  2/21/19
               S/F AD   REF# 0000
 161  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    12.50-       .00      .00      .00   12.50-26
      Effective date: 12/11/17
               S/F AD   REF# 0000
 160  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    12.50-       .00      .00      .00   12.50-26
      Effective date: 12/11/17
               S/F AD   REF# 0000
 159  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    12.50-       .00      .00      .00   12.50-26
      Effective date: 12/11/17
               S/F AD   REF# 0000
 158  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00     2.07-       .00      .00      .00    2.07-26
      Effective date: 12/11/17
               S/F AD   REF# 0000
 157  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    12.50-       .00      .00      .00   12.50-26
      Effective date: 12/11/17
               S/F AD   REF# 0000
 156  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    12.50-       .00      .00      .00   12.50-26
      Effective date: 12/11/17
               S/F AD   REF# 0000
 155  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    12.50-       .00      .00      .00   12.50-26
      Effective date: 12/11/17
               S/F AD   REF# 0000
 154  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    12.50-       .00      .00      .00   12.50-26
      Effective date: 12/11/17
               S/F AD   REF# 0000
 153  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    12.50-       .00      .00      .00   12.50-26
      Effective date: 12/11/17
               S/F AD   REF# 0000
 152  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    12.50-       .00      .00      .00   12.50-26
      Effective date: 12/11/17
               S/F AD   REF# 0000
 151  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    12.50-       .00      .00      .00   12.50-26
      Effective date: 12/11/17
               S/F AD   REF# 0000
 150  3/07/19 2676 CORP ADV NOCASH ADJ     2/14   68107.84       .00    13.36-       .00      .00      .00   13.36-26
      Effective date: 12/11/17
               S/F AD   REF# 0000
```

```
SR497CR-02                              Mr. Cooper                              12/06/23 15:29:03
VAIS                               DETAIL TRANSACTION HISTORY                   JOB DT: 12/06/23
                                                                                      PAGE:    7
    ---TRANSACTION----            NEXT -AFTER TRANS.BALANCES-    TOTAL  ----------------APPLIED----------------- MISC.PMTS
NBR    DATE   CODE -----DESCRIPTION------  DUE   PRINCIPAL    ESCROW    AMOUNT  PRINCIPAL INTEREST   ESCROW SUSPENSE/CD
```

```
LOAN#    ███████████            CONTINUED

 149  3/07/19 2676 CORP ADV NOCASH ADJ    2/14   68107.84       .00     129.05-      .00       .00      .00   129.05-26
      Effective date: 12/11/17
                S/F AD   REF# 0000
 148  3/07/19 2676 CORP ADV NOCASH ADJ    2/14   68107.84       .00     218.87-      .00       .00      .00   218.87-26
      Effective date: 12/11/17
                S/F AD   REF# 0000
 147  3/07/19 2676 CORP ADV NOCASH ADJ    2/14   68107.84       .00      60.00-      .00       .00      .00    60.00-26
      Effective date: 12/13/17
                S/F AD   REF# 0000
 146  3/07/19 2576 CORP ADV NOCASH ADJ    2/14   68107.84       .00     129.05       .00       .00      .00   129.05 26
      Effective date:  7/26/18
                S/F AD   REF# 0000
 145  3/07/19 2676 CORP ADV NOCASH ADJ    2/14   68107.84       .00     129.05-      .00       .00      .00   129.05-26
      Effective date:  8/23/18
                S/F AD   REF# 0000
 144  3/07/19 2676 CORP ADV NOCASH ADJ    2/14   68107.84       .00       6.67-      .00       .00      .00     6.67-26
      Effective date: 11/27/18
                S/F AD   REF# 0000
 143  3/07/19 2676 CORP ADV NOCASH ADJ    2/14   68107.84       .00     646.06-      .00       .00      .00   646.06-26
      Effective date: 12/11/17
                S/F AD   REF# 0000
 142  3/07/19 2576 CORP ADV NOCASH ADJ    2/14   68107.84       .00     646.06       .00       .00      .00   646.06 26
      Effective date:  7/26/18
                S/F AD   REF# 0000
 141  3/07/19 2676 CORP ADV NOCASH ADJ    2/14   68107.84       .00     646.06-      .00       .00      .00   646.06-26
      Effective date:  8/23/18
                S/F AD   REF# 0000
 140  3/07/19 2676 CORP ADV NOCASH ADJ    2/14   68107.84       .00     440.00-      .00       .00      .00   440.00-26
      Effective date: 12/11/17
                S/F AD   REF# 0000
 139  3/07/19 2676 CORP ADV NOCASH ADJ    2/14   68107.84       .00     825.00-      .00       .00      .00   825.00-26
      Effective date: 12/11/17
                S/F AD   REF# 0000
 138  3/07/19 2676 CORP ADV NOCASH ADJ    2/14   68107.84       .00      12.50-      .00       .00      .00    12.50-26
      Effective date: 12/11/17
                S/F AD   REF# 0000
 137  3/07/19 2676 CORP ADV NOCASH ADJ    2/14   68107.84       .00      12.50-      .00       .00      .00    12.50-26
      Effective date: 12/11/17
                S/F AD   REF# 0000
 136  3/07/19 2676 CORP ADV NOCASH ADJ    2/14   68107.84       .00      12.50-      .00       .00      .00    12.50-26
      Effective date: 12/11/17
                S/F AD   REF# 0000
 135  3/07/19 1499 ZZZZF-Late Charges     2/14   68107.84       .00     265.20       .00       .00      .00       .00   265.20 01
                S/F      REF#
 134  2/17/19 2664 NON CASH FEE ADJ       2/14   68107.84       .00      22.10-      .00       .00      .00       .00    22.10-01
                S/F WC   REF#
 133  1/17/19 2664 NON CASH FEE ADJ       2/14   68107.84       .00      22.10-      .00       .00      .00       .00    22.10-01
                S/F WC   REF#
 132 12/17/18 2664 NON CASH FEE ADJ       2/14   68107.84       .00      22.10-      .00       .00      .00       .00    22.10-01
                S/F WC   REF#
 131 11/17/18 2664 NON CASH FEE ADJ       2/14   68107.84       .00      22.10-      .00       .00      .00       .00    22.10-01
```

```
SR497CR-02                              Mr. Cooper                                    12/06/23 15:29:03
VAIS                               DETAIL TRANSACTION HISTORY                         JOB DT: 12/06/23
                                                                                              PAGE:    8
 ---TRANSACTION----                 NEXT -AFTER TRANS.BALANCES-    TOTAL   ----------------APPLIED----------------- MISC.PMTS
 NBR    DATE   CODE -----DESCRIPTION------  DUE  PRINCIPAL   ESCROW       AMOUNT   PRINCIPAL INTEREST   ESCROW SUSPENSE/CD
```

```
LOAN#  ███████████            CONTINUED
                S/F WC   REF#
 130 10/17/18 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 129  9/17/18 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 128  8/17/18 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 127  7/17/18 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 126  6/17/18 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 125  5/17/18 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 124  4/17/18 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 123  3/17/18 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 122  2/17/18 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 121  1/17/18 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 120 12/17/17 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 119 11/17/17 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 118 10/17/17 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 117  9/17/17 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 116  8/17/17 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 115  7/17/17 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 114  6/17/17 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 113  5/17/17 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 112  4/17/17 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 111  3/17/17 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 110  2/17/17 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 109  1/17/17 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 108 12/17/16 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 107 11/17/16 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
 106 10/17/16 2664 NON CASH FEE ADJ    2/14   68107.84       .00      22.10-       .00       .00       .00       .00    22.10-01
                S/F WC   REF#
```

```
SR497CR-02                                  Mr. Cooper                                        12/06/23 15:29:03
VAIS                                    DETAIL TRANSACTION HISTORY                            JOB DT: 12/06/23
                                                                                                 PAGE:      9
    ---TRANSACTION----                  NEXT -AFTER TRANS.BALANCES-    TOTAL    ----------------APPLIED----------------- MISC.PMTS
    NBR    DATE   CODE -----DESCRIPTION------  DUE   PRINCIPAL    ESCROW       AMOUNT    PRINCIPAL  INTEREST    ESCROW SUSPENSE/CD
```

```
LOAN#  ████████              CONTINUED

 105  9/17/16 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
 104  8/17/16 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
 103  7/17/16 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
 102  6/17/16 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
 101  5/17/16 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
 100  4/17/16 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  99  3/17/16 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  98  2/17/16 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  97  1/17/16 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  96 12/17/15 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  95 11/17/15 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  94 10/17/15 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  93  9/17/15 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  92  8/17/15 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  91  7/17/15 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  90  6/17/15 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  89  5/17/15 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  88  4/17/15 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  87  3/17/15 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  86  2/17/15 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  85  1/17/15 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  84 12/17/14 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  83 11/17/14 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  82 10/17/14 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  81  9/17/14 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
              S/F WC   REF#
  80  8/17/14 2664 NON CASH FEE ADJ      2/14   68107.84       .00      22.10-        .00        .00       .00       .00    22.10-01
```

```
SR497CR-02                             Mr. Cooper                              12/06/23 15:29:03
VAIS                              DETAIL TRANSACTION HISTORY                   JOB DT: 12/06/23
                                                                                    PAGE:    10
 ---TRANSACTION----                    NEXT -AFTER TRANS.BALANCES-    TOTAL ----------------APPLIED----------------- MISC.PMTS
 NBR    DATE   CODE -----DESCRIPTION------ DUE   PRINCIPAL   ESCROW   AMOUNT PRINCIPAL INTEREST   ESCROW SUSPENSE/CD
```

```
LOAN#  ███████████             CONTINUED
              S/F WC   REF#
 79  7/17/14 2664 NON CASH FEE ADJ        2/14   68107.84      .00    22.10-      .00      .00      .00      .00    22.10-01
              S/F WC   REF#
 78  6/17/14 2664 NON CASH FEE ADJ        2/14   68107.84      .00    22.10-      .00      .00      .00      .00    22.10-01
              S/F WC   REF#
 77  5/17/14 2664 NON CASH FEE ADJ        2/14   68107.84      .00    22.10-      .00      .00      .00      .00    22.10-01
              S/F WC   REF#
 76  4/17/14 2664 NON CASH FEE ADJ        2/14   68107.84      .00    22.10-      .00      .00      .00      .00    22.10-01
              S/F WC   REF#
 75  3/17/14 2664 NON CASH FEE ADJ        2/14   68107.84      .00    22.10-      .00      .00      .00      .00    22.10-01
              S/F WC   REF#
 74  2/17/14 2664 NON CASH FEE ADJ        2/14   68107.84      .00    22.10-      .00      .00      .00      .00    22.10-01
              S/F WC   REF#
 73  2/17/19 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 72  1/17/19 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 71 12/17/18 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 70 11/17/18 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 69 10/17/18 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 68  9/17/18 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 67  8/17/18 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 66  7/17/18 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 65  6/17/18 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 64  5/17/18 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 63  4/17/18 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 62  3/17/18 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 61  2/17/18 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 60  1/17/18 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 59 12/17/17 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 58 11/17/17 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 57 10/17/17 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 56  9/17/17 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
 55  8/17/17 1499 ZZZZF-Late Charges      2/14   68107.84      .00    22.10       .00      .00      .00      .00    22.10 01
              S/F      REF#
```

```
SR497CR-02                                       Mr. Cooper                                    12/06/23 15:29:03
VAIS                                        DETAIL TRANSACTION HISTORY                         JOB DT: 12/06/23
                                                                                                PAGE:     11
    ---TRANSACTION----                       NEXT -AFTER TRANS.BALANCES-     TOTAL  ----------------APPLIED----------------- MISC.PMTS
    NBR    DATE   CODE -----DESCRIPTION----- DUE   PRINCIPAL     ESCROW     AMOUNT  PRINCIPAL INTEREST   ESCROW SUSPENSE/CD

    LOAN#  ██████████         CONTINUED

    54  7/17/17 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    53  6/17/17 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    52  5/17/17 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    51  4/17/17 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    50  3/17/17 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    49  2/17/17 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    48  1/17/17 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    47 12/17/16 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    46 11/17/16 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    45 10/17/16 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    44  9/17/16 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    43  8/17/16 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    42  7/17/16 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    41  6/17/16 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    40  5/17/16 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    39  4/17/16 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    38  3/17/16 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    37  2/17/16 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    36  1/17/16 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    35 12/17/15 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    34 11/17/15 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    33 10/17/15 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    32  9/17/15 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    31  8/17/15 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    30  7/17/15 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
               S/F      REF#
    29  6/17/15 1499 ZZZZF-Late Charges      2/14  68107.84        .00       22.10       .00      .00       .00      .00    22.10 01
```

```
SR497CR-02                              Mr. Cooper                                        12/06/23 15:29:03
VAIS                                DETAIL TRANSACTION HISTORY                            JOB DT: 12/06/23
                                                                                                PAGE:    12
 ---TRANSACTION----                  NEXT -AFTER TRANS.BALANCES-    TOTAL  ----------------APPLIED----------------- MISC.PMTS
 NBR    DATE   CODE -----DESCRIPTION------  DUE  PRINCIPAL   ESCROW AMOUNT PRINCIPAL INTEREST   ESCROW SUSPENSE/CD

LOAN#  ████████████         CONTINUED

              S/F       REF#
 28  5/17/15 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 27  4/17/15 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 26  3/17/15 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 25  2/17/15 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 24  1/17/15 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 23 12/17/14 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 22 11/17/14 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 21 10/17/14 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 20  9/17/14 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 19  8/17/14 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 18  7/17/14 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 17  6/17/14 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 16  5/17/14 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 15  4/17/14 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 14  3/17/14 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 13  2/17/14 1499 ZZZZF-Late Charges   2/14  68107.84     .00    22.10      .00      .00      .00      .00   22.10 01
              S/F       REF#
 12  3/07/19 2643 ESCROW ADJ           2/14  68107.84     .00  15070.93-    .00      .00 15070.93-    .00
     Effective date:  3/01/19
              S/F LB   REF#
 11  3/07/19  19  ESCROW ADVANCE       2/14  68107.84 15070.93 15070.93     .00      .00 15070.93     .00
     Effective date:  3/01/19
              S/F LB   REF#
 10  3/07/19 8103 NEW LOAN NOCASH      2/14  68107.84     .00 68107.84-  68107.84-   .00      .00      .00
     Effective date:  3/01/19
              S/F LB   REF#
                    * * * * TOTALS * * * *                              68107.84-    .00
```