Envelope 1 (postage $000.88, APR 02 2024):
Doonan, Graves & Longoria LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915



Melissa J. Schultz-Nielsen (Freeman)
14 Middle Street

9414 7266 9904 2150 8611 78

Envelope 2 (postage $008.69, APR 02 2024):
Doonan, Graves & Longoria LLC
ATTORNEYS AT LAW | EXCELLENCE
100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS



Melissa J. Schultz-Nielsen (Freeman)
14 Middle Street
Randolph, ME 04346

EXHIBIT B